UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | Chapter 13   Doc. 29 |
| **Guile Wilkinson** ) | |
| ) | Case# 12-40437-399 |
| **Debtor** ) | |
| ) | Certification and Order Re: |
| ) | Objection to Claim #1-1 |
| ) | |

## **CERTIFICATION**

The undersigned certifies that all entities entitled to notice of the Objection to Claim in accordance with Local Bankruptcy Rules have been served with the foregoing Objection and Notice and the time for response has passed.

  **X**   No responses in opposition have been filed or any responses in opposition have been resolved as set forth below.

  _____   A response in opposition to the objection has been filed and the Objection is resolved as set forth in the Order below.

Movant requests the Court enter the proposed order.

Dated: 10/5/12                                    /s/MaryAnn G. Kier
                                                          MaryAnn G. Kier, #59899MO
                                                          PK Law
                                                          8917 Gravois Rd.
                                                          St. Louis, MO 63123
                                                          (314) 827-4027
                                                          (314) 222-0619 (FAX)
                                                          mgk@pklawonline.com


## **ORDER**

Upon Debtor's Objection to Claim #1-1 filed by Midland Funding a/k/a Midland Credit Management, for good cause shown:

**IT IS ORDERED** that Debtors' Objection is:

  **X**  Sustained.        _____  Denied as Settled        _____   Overruled

**IT IS FURTHER ORDERED** that the Claim #1-1 is:

   __X__        Denied.

_____     Allowed in the amount of $_____ as a general unsecured/priority claim.

_____     Allowed in the amount of $____ as a secured claim with an interest rate of ____,
           and the balance as a general unsecured claim.

_____     Allowed, and in the amount of $_____ as priority claim under section _____
           and in the amount of $_____ as a general unsecured claim.

_____     Other:


DATED: October 10, 2012  
St. Louis, Missouri                                         Barry S. Schermer  
lat                                                                  Chief United States Bankruptcy Judge


Prepared by:

MaryAnn G. Kier  
PK Law  
8917 Gravois Rd.  
St. Louis, MO 63123

Copy mailed to:

Guile P. Wilkinson  
5826 Mayberry Dr.  
Imperial, MO 63052

John V. LaBarge  
Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO 63143  
(314) 781-8100 (Electronic)

Office of the United States Trustee  
111 South 10th St.  
Ste. 6353  
St. Louis, MO 63102 (Electronic)

Midland Funding
c/o Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123